MARTIN N. REFKIN (CSB No. 062486
refkin@thegallaghergroup.com
THE GALLAGER LAW GROUP PC
1875 Century Park East, Suite 1550
Los Angeles, California 90067
Telephone:  (310) 203-2600; Facsimile: (310) 203-2610

DENNIS E. WAGNER, NSB No. 1576/CSB No. 99190
dew@wagner-pelayes.com
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, California 92507
Telephone:  (951) 686-4800; Facsimile: (951) 686-4801

DONALD HAWORTH HAIGHT, Esq. (NSB: 1483)
Don@hennessandhaight.com
Henness & Haight, Chtd.
8972 Spanish Ridge Ave.
Las Vegas, NV 89148
Telephone: (702) 862-8200; Facsimile: (702) 862-8204

Attorneys for Defendant, RAY BRITAIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTH DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| ROBERT RICHARDS and OLGA RICHARDS, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN IZBICKI; PATTY KOUYOUMDJIAN; LAURY KEMPER; LISA DERNBACH; ANNE HOLDEN; RAY BRITAIN; and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: 2:2016-CV-00346 <br><br> **NOTICE OF CHANGE OF LOCAL COUNSEL** <br><br> Judge:  Honorable James C. Mahan <br> Crtm:   6A |

1

COMES NOW, defendant, RAY BRITAIN, who hereby substitutes in as local counsel, Donald H. Haight, Esq., in place of Virginia L. Hunt.  Attorney Hunt recently passed away which necessitated the change in the local counsel designation.

DATED:      April ___, 2016          WAGNER & PELAYES, LLP

DENNIS E. WAGNER, Esq.
Attorneys for Defendant,
RAY BRITAIN

**IT IS SO ORDERED** this 26th day
of April, 2016.

Peggy A. Leen
United States Magistrate Judge

2

NOTICE OF CHANGE OF LOCAL COUNSEL

PROOF OF SERVICE

STATE OF CALIFORNIA            )
                                ) ss:
COUNTY OF RIVERSIDE            )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Ste. 200, Riverside, California 92507.

On the date written below, I served the document named below on the parties indicated below, in the following manner:

**PARTIES SERVED:**

☒ **(By Overnight Mail)**  I am familiar with this office's practice for the collection and processing of documents for overnight mail.  The documents are collected by the delivery service company on the same day in the ordinary course of business.  I caused said document(s) to be delivered in this manner.

| | |
|---|---|
| ROBERT & OLGA RICHARDS<br>5200 Garcia Court<br>Las Vegas, NV  89130 | Pro Se Litigants |

☒ **(By Mail)** I am familiar with this office's practice for the collection and processing of documents for mailing with the United States Postal Service.  The documents are deposited with the United States Postal Service on the same day in the ordinary course of business.  I placed a true copy of the document thereof in a sealed envelope and caused said document(s) to be delivered in this manner.

MARTIN N. REFKIN (CSB No. 062486
refkin@thegallaghergroup.com
THE GALLAGER LAW GROUP PC
1875 Century Park East, Suite 1550
Los Angeles, California 90067
Telephone:  (310) 203-2600; Facsimile: (310) 203-2610

DONALD HAWORTH HAIGHT, Esq. (NSB: 1483)
Don@hennessandhaight.com
Henness & Haight, Chtd.
8972 Spanish Ridge Ave.
Las Vegas, NV 89148
Telephone: (702) 862-8200; Facsimile: (702) 862-8204

**DOCUMENT: NOTICE OF CHANGE OF LOCAL COUNSEL**

☒ **(FEDERAL)**  I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 13, 2016 at Riverside, California.

K. Connelly
Kim Connelly, Declarant

3